UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

BOBBY D. CANADA )
)
   *Petitioner*, )
)
v. ) No. 3:04-cv-177
) *Jarvis*
)
VIRGINIA LEWIS, Warden )
)
   *Respondent*. )

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the respondent's motion to dismiss is **GRANTED**. The petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED WITH PREJUDICE**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**.

**E N T E R :**

      *s/ James H. Jarvis*
      UNITED STATES DISTRICT JUDGE